IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 12-mj-1001 |
| | ) | |
| CHRISTOPHER N. BONICK | ) | |

**ORDER**

Upon motion of the Government, it is hereby ORDERED that the all documents in this case are placed under seal.

It is so ORDERED this the 23rd day of January, 2012.

JULIET GRIFFIN
United States Magistrate Judge

2