UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CHRISTOPHER N. BONICK )<br>) | NO. 12-mj-1001<br>MAGISTRATE JUDGE GRIFFIN |

## ORDER

The Government has moved that the Court direct the Clerk's Office to unseal the Complaint and Warrant in the above-styled case on the basis that the warrant has been executed and there is no further need for the Complaint and Warrant to remain sealed.

It is therefore ORDERED that the Clerk is directed to unseal the Complaint and Warrant in the above-styled matter for the reason herein stated.

This 5th day of June, 2012.

JULIET GRIFFIN
UNITED STATES MAGISTRATE JUDGE