**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-00136 |
| | ) | Chief Judge Haynes |
| CHRISTOPHER BONICK | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The hearing on the Defendant's motions in this action is **re-set** for **Thursday, October 25, 2012 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the _16th_ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court