UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 3:12-cr-00136 |
| | ) CHIEF JUDGE HAYNES |
| CHRISTOPHER N. BONICK | ) |
| | ) |

MOTION TO MODIFY SCHEDULING ORDER

*[Handwritten annotation: GRANTED. This motion is granted, but the hearing for October 25, 2012 is cancelled. The hearing will be reset by separate order. /s/ [Judge] 10-23-12]*

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, respectfully requests that this Court modify the scheduling order in this case for the reasons set forth below.

First, the United States had been ordered to respond to defendant's pretrial motions by September 28, 2012. Due to an ongoing serious family matter that caused extended time away from work, the undersigned has been unable to respond to those motions and requests permission to file those responses late, as requested below.

Second, the motions hearing had been set for October 26, 2012, until this Court rescheduled the hearing to October 25, 2012 at 10:00, which is a conflict for the undersigned attorney due to another already-scheduled hearing.

Third, the parties are engaging in serious negotiations in an effort to resolve this matter short of trial.

For each of these reasons, the United States respectfully requests the following:

1. That this Court schedule a hearing for Monday, November 5, 2012, if such a date is convenient for the Court, for the parties to have either a plea hearing or a motions