# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

CHRISTOPHER N. BONICK

Case No. 3:12-cr-00136

*[Handwritten annotation: The motion is granted. The order (Doc 58) is reinstated. /s/ [Judge] 3-21-13]*

## DEFENDANT'S MOTION REQUESTING CLARIFICATION OF ORDERS SETTING DEADLINES FOR FILING RESPONSES TO PRE-TRIAL MOTIONS, PRETRIAL HEARINGS, AND TRIAL

Stephen Parten, Attorney for Christopher Bonick, Defendant, files the following Motion Requesting Clarification of Orders Setting Deadlines for Filing Responses to Pre-Trial Motions, PreTrial Hearings, and Trial.

1. To accommodate conflicts and travel to Tennessee a resolution of this Motion is urgent.

2. On January 22, 2013, the United States District Judge granted the Government's Motion to Extend Deadline for Filng Responses to PreTrial Motions and to Continue PreTrial Motions Hearing (Document 57 and 54).

3. On January 28, 2013, the United States District Judge issued an ORDER seting forth detailed guidelines with specific dates for a heairng on Defendant's Motions, plea agreement notification, pretrial, and trial. (Document 58).