# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.  Case No. 3:12-cr-00136
    Chief Judge Haynes

CHRISTOPHER N. BONICK

### DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF AGREED ORDER SETTING DEFENDANT'S PRETRIAL MOTIONS

The undersigned attorney for Christopher Bonick, Defendant, files the following Unopposed Motion for Entry of an Agreed Order Setting Defendant's PreTrial Motions.

1. Accompanying this Motion is the Agreed Order consistent with the agreement of the Government. The days selected are based on the availability of the Government, the Government's witness or witnesses, and the Defendant's counsel, who will be traveling from the Houston, Texas area to appear.

2. Based on the number of motions and the length of the interrogations and interview to be reviewed by the Court the Defendant's counsel anticipates that the hearing my consume most, if not all, of the days selected, although the Assistant United States Attorney has suggested an alternative for the Court to review the