# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| V. | § | Case No. 3:12-cr-00136 |
| | § | JUDGE HAYNES |
| CHRISTOPHER N. BONICK | § | |
| Defendant | § | |

## AGREED ORDER SETTING EVIDENTIARY MOTIONS

Defendant, by and through his attorney of record, and the United States of America, by and through the Assistant United States Attorney, agree to an evidentiary hearing on Defendant's Pre-Trial Motions:

on: Monday, May 13, 2013, at 9:00 o'clock a.m.

~~with alternate day: Friday, May 10, 2013, at 9:00 o'clock a.m.~~

It is so ORDERED, as agreed by the Parties.

ENTERED this 22nd day of April 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court