# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

CHRISTOPHER N. BONICK      Case No. 3:12-cr-00136

### DEFENDANT'S THIRD MOTION REQUESTING CLARIFICATION OF ANY ORDERS SETTING HEARINGS AND/OR TRIAL AND IN THE ALTERNATIVE MOTION FOR NEW TRIAL

[Handwritten annotation: *Denied. Upon review of the file this motion is denied as moot. /s/ [Judge] 5-20-13*]

Stephen Parten, Attorney for Christopher Bonick, Defendant, files the following Third Motion Requesting Clarification of Orders Setting Trial and in the alternative Motion for New Trial.

1. On March 22, 2013, the Court Ordered "All deadlines and settings are vacated and will be set by Separate Order," which is found on Document 65 Filed 03/22/13 Page 1 of 1 PageID # 381.

2. Subsequent to being notified of the March 22, 2013, order of the Court the undersigned attorney attempted to contact the Courtroom Deputy for the Court and in lieu of talking to the Courtroom Deputy, who was out for the day, contacted an assistant Clerk in the United States District Clerk's Office who handles criminal dockets regarding a previously scheduled hearing for April 21, 2013, to make certain that the Order meant what it said, and the undersigned attorney was