# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

CHRISTOPHER N. BONICK      Case No. 3:12-cr-00136

### DEFENDANT'S FIRST MOTION TO COMPEL DISCOVERY

Christopher Bonick, Defendant moves the Court for an order compeling the Government by and through the Office of the United States Attorney to produce certain specific discovery requested by Defendant and not yet produced. The requested documents and information is identified herein and requesated in Exhibit A, attached hereto.

## I.
### PREVIOUS CONFERING WITH THE GOVERNMENT

Pior to filing this Motion the undersigned attorney made a written request, Exhibit A, of the Government to produce specific catagories of documents and information for discovery in preparation for trial and plea discussions; the Government responded with allowing the undersigned attorney to review computer information provided on a computer in the offices of the United States Attorney for the Middle District of Tennesse in Nashville, Tennessee; the Government made arrangements for the undersigned attorney to personally visit the Nashville Metro

*[Handwritten annotations in right margin:]* ORDER Based upon the Government's response (DTS No 83) this motion is DENIED as moot and without prejudice to renew if the additional victims' statements are not provided in the event of a superseding indictment. [signature] 1-9-14