UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:12-00136 |
| | ) | Chief Judge Haynes |
| CHRISTOPHER N. BONICK, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's inquiry regarding setting of March 28, 2014 (Docket Entry No. 96) requesting the Court to cancel the scheduled evidentiary hearing. The Court's Memorandum and Order (Docket Entry Nos. 94 and 95) entered February 26, 2014 resolved the pending motions. Accordingly, the evidentiary hearing in this action scheduled for March 28, 2014 is **CANCELLED**.

The parties shall submit within fourteen (14) days upon entry of this Order an Agreed Order setting this action for trial. The Court will set all pre-trial deadlines based upon that trial date.

It is so **ORDERED**.

ENTERED this 20th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court