# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　　Case No. 3:12-cr-00136
　　　　　　　　　　　　　　　　　　　　Judge Trauger

CHRISTOPHER N. BONICK

## ORDER GRANTING
## DEFENDANT'S MOTION FOR EXTENSION OF DEADLINES
## AND HEARING ON SENTENCING

The Motion for Extension of Deadlines and Hearing on Sentencing by the attorney for Christopher Bonick from the current deadlines for responding to the PreSentence Report, submitting a Memorandum regarding sentencing, and having a hearing, which is currently set for July 11, 2016, at 1:30 p.m., is **GRANTED**.

The Sentencing Hearing in this case set for _____8/26/16_____ at ____2:00_____ p.m. and the deadlines for responses and filing shall be reset to: _____corresponding intervals._____

_____

**SO ORDERED** ____June 24, 2016_____

_____
**Judge Trauger**

1